IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-529-MOC-DCK

| | | |
|---|---|---|
| CHRISTOPHER W. SMITH, | ) | |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| ALLY FINANCIAL, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 21) filed by Local Counsel Gilbert C. Dickey on August 9, 2024.

Applicant Tiffany H. Bates seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 21) is **GRANTED**. Tiffany H. Bates is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: August 12, 2024

David C. Keesler
United States Magistrate Judge